UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Alberto OROZCO-Prado,<br><br>　　　　　Defendant | Magistrate Docket No.<br>**'08 MJ 2023**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **July 1, 2008** within the Southern District of California, defendant, **Alberto OROZCO-Prado,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **JULY, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Alberto OROZCO-Prado

## PROBABLE CAUSE STATEMENT

On July 1, 2008, Border Patrol Agents J. Chouinard and B. Barba were performing assigned duties in an area known as "Otay Lakes." This area is approximately five miles east of the Otay Mesa Port of Entry and approximately five miles north of the United States/ Mexican International Border.

At approximately 5:00 a.m., the Agents responded to a seismic intrusion device in the area. Upon arriving in the area the Agents encountered seven individuals attempted to conceal themselves in some bush. Agent Chouinard and Agent Barba approached the group and identified themselves as a Border Patrol Agents and conducted an immigration interview. All nine individuals stated that they were citizens of Mexico, including one of them later identified as defendant **Alberto OROZCO-Prado**. Agent Barba then questioned all the individuals if they had any immigration documents allowing them to enter in the United States legally. All individuals including the defendant stated that they had no proper immigration documents allowing them to enter or remain in the United States legally. At approximately 5:10 a.m. Agent Barba placed all of individuals including the defendant under arrest and made arrangements to have them transported to the Chula Vista Border Patrol station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 05, 2006** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. He stated that he understood and was willing to answer questions without the presence of his attorney. The defendant stated that he is a citizen and national of Mexico without proper immigration documentation to enter or remain in the United States.